IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-134-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SAQUON MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for return of property [D.E. 1249] not later than June 30, 2026.

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge
