IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00134-D-13

UNITED STATES OF AMERICA )
)
v. )          **ORDER**
)
SAQUON MOORE )

For the reasons stated in the United States' response in opposition [D.E. 1268], the court DENIES defendant's motion for return of property [D.E. 1249].

SO ORDERED. This this 30 day of June, 2026.

JAMES C. DEVER III
United States District Judge